# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| **PEGGY WILLIAMS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 2:13-cv-161 |
| v. | ) |
| | ) |
| | ) |
| **ASSET ACCEPTANCE, LLC.; and DOE 1-5,** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that plaintiff Peggy Williams and defendant Asset Acceptance, LLC. have reached a settlement in the above-captioned case. Plaintiff expects the settlement to be consummated by March 6, 2014, at which time Plaintiff expects to file a dismissal.

Date: February 6, 2014                                  s/Robert Amador

                                                                    _____
                                                                    ROBERT AMADOR, ESQ.
                                                                    Attorney for Plaintiff Peggy Williams
                                                                    Centennial Law Offices
                                                                    9452 Telephone Rd. 156
                                                                    Ventura, CA. 93004
                                                                    (888)308-1119 ext. 11
                                                                    R.Amador@centenniallawoffices.com

1

2

**CERTIFICATE OF SERVICE**

I certify that on this date, February 6, 2014, a copy of the foregoing Notice of Settlement has been delivered electronically through CM/ECF to all parties receiving electronic notification.

                                             s/Robert Amador
                                       _____
                                       ROBERT AMADOR, ESQ.
                                       Attorney for Plaintiff Peggy Williams
                                       Centennial Law Offices
                                       9452 Telephone Rd. 156
                                       Ventura, CA. 93004
                                       (888)308-1119 ext. 11
                                       R.Amador@centenniallawoffices.com