UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| PEGGY WILLIAMS, | ) |
| Plaintiff, | ) Civil Action No. 2:13-cv-161 |
| v. | ) |
| ASSET ACCEPTANCE, LLC.; and DOE 1-5, | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS ENTIRE ACTION

The parties to this stipulation agree that the entire action against all defendants be dismissed with prejudice and without costs to any party.

| | |
|---|---|
| s/Robert Amador | /s/ Chais L. Sweat |
| Robert Amador | Chais L. Sweat |
| Centennial Law Offices | Dykema Gossett, PLLC |
| CA Bar No. 269168 | SBN: 24062355 |
| 9452 Telephone Rd. 156 | 1717 Main St., Suite 4000 |
| Ventura, California 93004 | Dallas, Texas 75201 |
| (888) 308-1119 ext. 11 | 214-462-6405 |
| (888) 535-8267 (fax) | 855-227-4715 (fax) |
| r.amador@centenniallawoffices.com | csweat@dykema.com |
| Attorney for Plaintiff | Attorney for Defendant |
| Admitted Pro Hac Vice | |

1