UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PEGGY WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00161 |
| | § | |
| ASSET ACCEPTANCE LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the parties' "Stipulation to Dismiss Entire Action" (D.E. 18), the Court enters Final Judgment dismissing this action with prejudice.

ORDERED this 18th day of March, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE